Date of Arrest: **07/12**

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.

Briallan PALMA-Morales
Citizen of Mexico
YOB:2003
240278129
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 22-02150MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 14, 2022, Defendant Briallan PALMA-Morales, an alien, was removed from the United States to Mexico through the port of San Diego, California, in pursuance of law, and thereafter on or about July 12, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about July 12, 2022, near San Luis, Arizona in the District of Arizona, Defendant Briallan PALMA-Morales, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   [x] Yes   [ ] No

Reveiwed by AUSA Abbie Marsh for AUSA John Ballos

*Alfredo S. Chavez*
Signature of Complainant

Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____July 14, 2022_____   at   Yuma, Arizona
Date                                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Briallan PALMA-Morales

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through San Diego, California on April 14, 2022.

## CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/10/2022 | San Diego, California | Illegal Entry | Ordered Removed from the US (Agency) (ER) |
| 04/14/2022 | San Diego, California | Illegal Entry | Removed from the US |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near San Diego, California on or about April 10, 2022.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 12, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Walter Sketch, Rickey Whitney, and Zackary Daniels.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: SBPA Adam Stone.

Charges:  8 USC 1326(a)    (Felony)
          8 USC 1325(a)(1) (Misdemeanor)

_Alfredo S. Chavez_
Signature of Complainant

Sworn to before me and subscribed telephonically,

July 14, 2022
Date

Signature of Judicial Officer